Linwood S. HASKINS, Plaintiff—
Appellant,

v.

Ron HARRIS, Supervisor; Erlene
Williams, Supervisor; Pamela Lassi-
ter, Case Worker, Defendants—Appel-
lees.

No. 06–7830.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 31, 2007.

Decided: Feb. 20, 2007.

Linwood S. Haskins, Appellant pro se.

Before WILKINSON and TRAXLER,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Linwood S. Haskins appeals the district
court's order dismissing his action brought
pursuant to 42 U.S.C. § 1983 (2000). We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*See Haskins v. Harris,* No. 2:06–cv–00220
(E.D. Va. filed Oct. 16, 2006; entered Oct.
17, 2006). We deny Haskins' motion to
appoint counsel. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*